Susan D. Fahringer, Bar No. 162978
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Sunita Bali (No. 274108)
sbali@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HARVEY,<br><br>              Plaintiff,<br><br>       v.<br><br>GOOGLE INC., *et al.*,<br><br>              Defendants. | Case No. 1:15-CV-00595-MCE-GSA<br><br>**STIPULATION AND ORDER REGARDING TRANSFER TO NORTHERN DISTRICT OF CALIFORNIA** |

Plaintiff Susan Harvey ("Plaintiff") and Defendant Google Inc. ("Defendant"), by and through their undersigned counsel, and pursuant to Eastern District of California Local Rule 144(a), hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on April 15, 2015, *see* Dkt. 1;

1   WHEREAS, on June 25, 2015, Defendant filed a Motion to Transfer or
2   Dismiss, *see* Dkt. 10, seeking transfer of this action to the United States District
3   Court for the Northern District of California; and

4   WHEREAS, the Parties have agreed that the United States District Court for
5   the Northern District of California is the appropriate venue for Plaintiff's claims;

6   IT IS THEREFORE STIPULATED that this action be transferred to the
7   United States District Court for the Northern District of California.

8   IT IS SO STIPULATED.

9   DATED: July 29, 2015          **PERKINS COIE LLP**

    By: /s/ Susan D. Fahringer
        Susan D. Fahringer, Bar No. 162978

    Attorneys for Google Inc.

15  DATED: July 29, 2015          **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

    By: /s/ Suren N. Weerasuriya
        Suren N. Weerasuriya, Bar No. 278521

    Attorneys for Susan Harvey

**ORDER**

The Clerk of the Court shall transfer this matter to the United States District Court for the Northern District of California.  IT IS SO ORDERED.

Dated: July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT