1  Susan D. Fahringer (CA Bar No. 162978)
   SFahringer@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone: (206) 359-8000
4  Facsimile:  (206) 359-9000

5  Sunita B Bali (CA Bar No. 274108)
   SBali@perkinscoie.com
6  PERKINS COIE LLP
   4 Embarcadero Center, Suite 2400
7  San Francisco, CA 94111
   Telephone: (415) 344-7000
8  Facsimile:  (415) 344-7050

9  Attorneys for Defendants
   Google Inc. and Google Payment Corporation
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN JOSE DIVISION
13

14
   SUSAN HARVEY,                         Case No. 15-CV-03590-EMC
15
              Plaintiff,                 **STIPULATION AND PR~~OPO~~SED ORDER
16                                       ALLOWING PLAINTIFF TO AMEND
      v.                                 COMPLAINT AND EXTENDING
17                                       DEADLINE FOR DEFENDANTS'
   GOOGLE INC.,                          RESPONSE THERETO**
18
              Defendants.
19

20
       Pursuant to Local Rule 7-12, it is stipulated between Plaintiff Susan Harvey and
21
   Defendant Google Inc. by their respective attorneys:
22
       1.     WHEREAS, on April 15, 2015, Plaintiff filed in her Complaint in the Eastern
23
   District of California, *see* Dkt. No. 1;
24
       2.     WHEREAS, on June 25, 2015, Defendant filed a Motion to Transfer or Dismiss,
25
   seeking to transfer this matter to the Northern District of California or, alternatively, dismiss the
26
   action, *see* Dkt. No. 10;
27

28                                          -1-

3. WHEREAS, on August 4, 2015, pursuant to a stipulation by the parties, the Eastern District of California entered an order transferring this action to this Court, *see* Dkt. No. 20;

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant has agreed to allow Plaintiff to amend her Complaint;

5. WHEREAS, pursuant to Local Rule 6-1(b), the parties have agreed to extend the time within which Defendant must answer or respond to Plaintiff's amended complaint;

6. WHEREAS, the parties do not believe that this extension will alter any currently existing deadlines or the current case schedule;

7. By entering into this Stipulation, Defendant does not waive any defenses, rights, or privileges.

THEREFORE, the Parties hereby stipulate and agree to the following:

1. Plaintiff may file an amended complaint on or before September 30, 2015.

2. Because this case has been transferred to this Court and because Plaintiff will file an amended complaint, Defendant withdraws its Motion to Transfer or Dismiss, Dkt. No. 20;

3. Defendant's deadline to respond to the Complaint, whether by answer, motion, or otherwise, shall be extended to October 30, 2015.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 17, 2015 | **PERKINS COIE LLP** |
| 3 | | By: s/ Susan D. Fahringer |
| 4 | | Susan D. Fahringer, Bar No. 162978<br>SFahringer@perkinscoie.com |
| 5 | | Sunita B. Bali, Bar No. 274108<br>SBali@perkinscoie.com |
| 6 | | Attorneys for Defendant Google Inc. |
| 7 | | |
| 8 | DATED: September 17, 2015 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| 9 | | |
| 10 | | By: /s/ Suren N. Weerasuriya |
| 11 | | Suren N. Weerasuriya, Cal. Bar No. 278521 |
| 12 | | Attorneys for Susan Harvey |

-3-

STIPULATION AND PROPOSED ORDER
No. 13-CV-03900-EMC
LEGAL127422118.1

**Local Rule 5-1(i) Attestation**

I, Susan D. Fahringer, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 17, 2015  **PERKINS COIE LLP**

By: s/ Susan D. Fahringer
Susan D. Fahringer, Bar No. 162978
SFahringer@perkinscoie.com

Attorneys for Defendant Google Inc.

-4-

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.  Plaintiff

3  shall file an amended complaint on or before September 30, 2015.  Defendant's deadline to

4  respond to the Complaint, whether by answer, motion, or otherwise, shall be extended to

5  October 30, 2015.

7  IT IS SO ORDERED.

9  DATED: ___9/21/15_____    _____
                                    Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-5-